UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

vs. CA 01-132ML

EDWIN RODRIGUEZ

ORDER

The Government is hereby ordered to file its response to the defendant's Motion to Dismiss. Said response will be filed on or before **April 18, 2008.**

SO ORDERED

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
March 27 , 2008

Entered as an Order of this Court on March 27 , 2008.

Barbara Barletta
Deputy Clerk