UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EDWIN RODRIGUEZ | ) | |
| | ) | |
| v. | ) | C.A. No: 01-132ML |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

**OBJECTION TO PETITIONER'S MOTION TO DISMISS**

Petitioner filed a motion which he styled as "Notice and Demand to Dismiss for Lack of any Criminal Jurisdiction Whatsoever," pursuant to 28 U.S.C. §1359 and Fed. R. Civ. P. 9(b), 12(b)(1), 12(b)(2), and 12(h)(3). The motion is nonsensical. It refers to rules of civil procedure, whereas this was a criminal prosecution. Petitioner's claim is not discernable and has no basis in fact or law.

At best, the motion should be construed as a second or successive 28 U.S.C. § 2255. If so construed, it should be dismissed for noncompliance with the certification requirements set forth in 28 U.S.C. § 2255(h).

This is Mr. Rodriguez's third attempt to undo his conviction for possession with intent to distribute heroin. Mr. Rodriguez pleaded guilty to the Indictment on April 11, 2002. He filed a timely appeal which was denied on April 8, 2003. He then filed a motion to vacate the sentence pursuant to § 2255 which was denied on March 21, 2006. He did not object to jurisdiction at any time prior to his latest filing.

Petitioner’s motion is frivolous. The government respectfully requests that it be denied and dismissed.

Respectfully Submitted,
UNITED STATES OF AMERICA
By its attorneys,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

/s/ ADI GOLDSTEIN
ADI GOLDSTEIN,
Assistant U.S. Attorney
RI Bar #6701
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
(401) 709-5000Fax(401)709-5001
email adi.goldstein@usdoj.gov

CERTIFICATE OF SERVICE

On this 10th day of April, 2008, I caused the Government's Objection to the Petitioner’s Motion to Dismiss to be filed electronically and it is available for viewing and downloading from the ECF system.

Notification by first class mail, postage prepaid:

Edwin Rodriguez, No. 05152-070
FCI Cumberland
Federal Correction Institution
P.O. Box 1000
Cumberland, MD 21501

/s/ ADI GOLDSTEIN
ADI GOLDSTEIN
Assistant U.S. Attorney
RI Bar #6701
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
(401)709-5000 Fax(401)709-5001
email adi.goldstein@usdoj.gov